**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 13 |
|  | ) | Case No. 19-10800-MSH |
| SANDRA D. BRANLUND | ) |  |
|  | ) |  |
| Debtor | ) |  |
|  | ) |  |

**ORDER ON MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY**

At Boston in said District this 22nd day of August, 2019.

The Motion for Relief from Stay and Co-Debtor Stay of U.S. Bank Trust, N.A., as Trustee of the Tiki Series III Trust as serviced by SN Servicing Corp. [#26] (the "Motion") having come before me, due notice having been given, a hearing having been held, an objection having been filed and overruled, and good cause appearing to me therefor, it is hereby

ORDERED that U.S. Bank Trust, N.A. as Trustee of the Tiki Series III Trust as serviced by SN Servicing Corp., including its successors and assigns, is granted relief from the stay and the co-debtor stay provisions of 11 U.S.C. §§ 362 and 1301 for the purpose of exercising its rights under its agreements with the debtor and non-debtor co-obligor, Graham Branlund, including foreclosing its mortgage, or accepting a deed in lieu of foreclosure on the property located at 810 Main Street, Hanover, MA 02339, more particularly described in the Motion, and if necessary bringing eviction proceedings against the debtor and non-debtor co-obligor, all in

accordance with applicable state and federal law. The 14-day stay of this order is waived pursuant to FRBP 6004(h).

By the Court,

*[signature: Melvin S. Hoffman]*

Melvin S. Hoffman
U.S. Bankruptcy Judge